

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-13-00219-CR

KIVEAN DESHAI COFFEY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 276th District Court
Morris County, Texas
Trial Court No. 10,774CR

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

Kivean Deshai Coffey was found guilty by a jury of aggravated sexual assault and was sentenced to seventy-five years' imprisonment. Coffey appeals from this conviction and from a related conviction of aggravated sexual assault in cause number 06-13-00218-CR. Coffey has filed a single brief which raises issues common to both of his appeals. He argues the trial court erred (1) in allowing the State to file a notice to enhance Coffey's punishment after voir dire, and (2) in overruling Coffey's motion to suppress his statement.

We addressed these issues in detail in our opinion of this date on Coffey's appeal in cause number 06-13-00218-CR. For the reasons stated therein, we likewise conclude that the State's notice of intent to seek enhancement was timely filed and that error in denying Coffey's motion to suppress his statement was harmless.

We affirm the trial court's judgment.

Josh R. Morriss, III
Chief Justice

Date Submitted:     May 8, 2014
Date Decided:       June 13, 2014

Do Not Publish